**CSD 1160** [05/15/03]
Name, Address, Telephone No. & I.D. No.

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
(949) 720-9200

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Mallory Chad Morgan aka Mallory Morgan aka Mallory C. Morgan dba MCM Construction
Company, Inc. aka Chad Morgan and Erlinda Marie Morgan aka Erlinda Morgan aka
Erlinda M. Morgan aka Linda Morgan
                                                          Debtor.

BANKRUPTCY NO. 10-02403-LA7

Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of
the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes
                                                          Moving Party

RS NO.  ASW-1

Mallory Chad Morgan aka Mallory Morgan aka Mallory C. Morgan dba MCM Construction
Company, Inc. aka Chad Morgan and Erlinda Marie Morgan aka Erlinda Morgan aka
Erlinda M. Morgan aka Linda Morgan, Debtors; James L. Kennedy, Chapter 7 Trustee;
                                                          Respondent(s)

### MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ **REAL PROPERTY**          ☐ **PERSONAL PROPERTY**

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1.    A Petition under Chapter    ☑  7   ☐  11   ☐  12   ☐  13  was filed on ____2/17/2010____.

2.    Procedural Status:
      a.    ☑    Name of Trustee Appointed *(if any)*:        James L. Kennedy

      b.    ☐    Name of Attorney of Record for Trustee *(if any)*:

      c.    ☐    *(Optional)* Prior Filing Information:
                  Debtor has previously filed a Bankruptcy Petition on:_____.
                  If applicable, the prior case was dismissed on: _____.

      d.    ☐    *(If Chapter 13 case)*:  Chapter 13 Plan was confirmed on _____ or a confirmation hearing is
                  set for _____.

Movant alleges the following in support of its Motion:

1.    ☑    The following real property is the subject of this Motion:
      a.          Street address of the property including county and state:

                  676 Seacoast Drive #B
                  Imperial Beach, CA 91932
                  San Diego County

      b.          Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

                  Condominium

      c.          Legal description of property is attached as Exhibit A.

CSD 1160

     d.     If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

     e.     *Fair market value of property as set forth in the Debtor's schedules: $_____ 272,000.00 .

     f.     *Nature of Debtor's interest in the property:
     Co-Owners: Mallory Chad Morgan and Erlinda Marie Morgan

2.   ☐   The following personal property is the subject of this Motion (describe property):

     a.     Fair market value of property as set forth in the Debtor's schedules: $_____.

     b.     Nature of Debtor's interest in the property:

3.   *Fair market value of property according to Movant: $_____ 272,000.00.

4.   *Nature of Movant's interest in the property: Movant holds a Deed of Trust dated March 23, 2006.

5.   *Status of Movant's loan:
   a.   Balance owing on date of Order for Relief: $ 330,318.93
   b.   Amount of monthly payment: $ 2,262.18
   c.   Date of last payment:
   d.   If real property,
     i.   Date of default: 4/1/2009
     ii.   Notice of Default recorded on: 10/26/2009
     iii.   Notice of Sale published on: 1/27/2010
     iv.   Foreclosure sale currently scheduled for:
   e.   If personal property,
     i.   Pre-petition default: $_____ No. of months:_____
     ii.   Post-petition default: $_____ No. of months:_____

6.   (If Chapter 13 Case, state the following:)
   a.   Date of post-petition default:
   b.   Amount of post-petition default: $_____

7.   Encumbrances:
   a.   Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: Select Portfolio | 330,318.93 | 24,679.65 | 11 | | |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ 330,318.93 | $ 24,679.65 | | $ 0.00 | |

   b.   Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
   ☐ See attached page, if necessary.
   Property Taxes = $7,979.72

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

8.    Relief from the automatic stay should be granted because:

  a.    ☑    Movant's interest in the property described above is not adequately protected.

  b.    ☑    Debtor has no equity in the ☑ real property ☐ personal property described above and such property is not necessary to an effective reorganization.

  c.    ☐    The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

    i.    the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

    ii.    the Debtor/Trustee has

      (1)    ☐    not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

      (2)    ☐    commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

  d.    ☑    *Other cause exists as follows (specify): ☐    See attached page.

    Debtors' Statement of Intention indicates that the subject real property is to be surrendered.  See Exhibit "B".

    When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a)(5) and (6).

    Movant attaches the following:

1.    ☑    Other relevant evidence:

    Declaration of Jo-Ann Goldman in Support of Motion for Relief from the Automatic Stay

2.    ☐    (Optional) Memorandum of points and authorities upon which the moving party will rely.

    WHEREFORE, Movant prays that this Court issue an Order granting the following:

  ☑    Relief as requested.

  ☑    Other:

    That the 14 day stay described by Bankruptcy Rule 4001(a)(3) be waived.

Dated:  3/3/10

                                                    /s/ Alan Steven Wolf
                                                    [Attorney for] Movant

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

# EXHIBIT  A

ORDER NO. 36331081

EXHIBIT "A"                **1137**

A Condominium Comprised Of:

Parcel 1:                                                           X SAN DIEGO

An undivided one-twelfth (1/12th) fractional interest as tenant-in-common in and to Lot 1 of 674-676 Seacoast Drive, in the City of Imperial Beach, County of ~~Riverside~~, State of California, according to Map thereof No. 14876, filed in the office of the County Recorder of said County, September 16, 2004.

Excepting therefrom Living Units LU-1 through LU-12, inclusive, as shown and defined that certain Condominium Plan entitled "Pacific Sands Condominium Plan" ("Plan") recorded in the office of the San Diego County Recorder, California on October 1, 2004 as Document No. 2004-0935178 and First Amendment recorded October 18, 2004 as Instrument No. 2004-0985233 both of Official Record, hereafter the "Condominium Plan".

Also excepting therefrom the right to possession of all those areas as "Exclusive Use Common Areas" as described in that certain "Declaration" described hereafter, and shown and described upon the Condominium Plan referred to above.

Parcel 2:

Living Unit LU-2 as shown on the Condominium Plan.

Parcel 3:

The exclusive right to the use, possession and occupancy of those portions of Parcel 1 above which area described in the Declaration and shown on the Condominium Plan as "Exclusive Use Common Areas," bearing the same numerical designation as the Living Unit described in Parcel 2 above, which shall be appurtenant to Parcel 2 described above.

3

# EXHIBIT  B

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of California

In re  **Mallory Chad Morgan**
       **Erlinda Marie Morgan**
_____
                                    Debtor(s)

Case No. _____

Chapter    **7**    _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> **American Honda Finance** | **Describe Property Securing Debt:** <br> **2008 Honda Civic DX Sedan, 37,423 miles, in fair condition** |
|---|---|

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  **Debtor will retain collateral and continue to make payments**  (for example, avoid lien using 11 U.S.C. § 522(f).

Property is (check one):
    ■ Claimed as Exempt        ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> **California Coast Cu** | **Describe Property Securing Debt:** <br> **2006 Toyota Sequoia SR5 Sport Utility, 48,276 miles, in fair condition** |
|---|---|

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  **Debtor will retain collateral and continue to make payments**  (for example, avoid lien using 11 U.S.C. § 522(f).

Property is (check one):
    ■ Claimed as Exempt        ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>*Chase Manhattan Mortga* | **Describe Property Securing Debt:**<br>*Primary Residence:*<br>*1579 South Grade Road*<br>*Alpine, CA  91901*<br>*Built 1973, 3 bedrooms, 2 baths, Living Area 1,882 sqft*<br><br>*Purchase Date: 11/05*<br>*Purchase Amount:$679,000.00* |

Property will be (check one):

   ☐ Surrendered                     ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property

   ☐ Reaffirm the debt

   ■ Other.  Explain  *Debtor will retain collateral and continue to make payments*  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt                       ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>*GE Money Bank* | **Describe Property Securing Debt:**<br>*Primary Residence:*<br>*1579 South Grade Road*<br>*Alpine, CA  91901*<br>*Built 1973, 3 bedrooms, 2 baths, Living Area 1,882 sqft*<br><br>*Purchase Date: 11/05*<br>*Purchase Amount:$679,000.00* |

Property will be (check one):

   ☐ Surrendered                     ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property

   ☐ Reaffirm the debt

   ■ Other.  Explain  *Debtor will retain collateral and continue to make payments*  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt                       ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>***Gmac Automotive Bank*** | **Describe Property Securing Debt:**<br>***2007 Chevrolet Silverado 1500 Pickup, 32,407 miles, in fair condition.*** |

Property will be (check one):
    ☐ Surrendered                       ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  *__Debtor will retain collateral and continue to make payments__*  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                      ☐ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>***Hitachi Finance*** | **Describe Property Securing Debt:**<br>***Yanmar C20 Excavator, Fair Condition, Used in construction business*** |

Property will be (check one):
    ☐ Surrendered                       ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  *__Debtor will retain collateral and continue to make payments__*  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                      ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 4

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>*Hsbc/Ms* | **Describe Property Securing Debt:**<br>*Primary Residence:*<br>*1579 South Grade Road*<br>*Alpine, CA  91901*<br>*Built 1973, 3 bedrooms, 2 baths, Living Area 1,882 sqft*<br><br>*Purchase Date: 11/05*<br>*Purchase Amount:$679,000.00* |

Property will be (check one):
    ☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain   *Debtor will retain collateral and continue to make payments*   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                     ☐ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>*Hsbc/Rs Ce* | **Describe Property Securing Debt:**<br>*2007 Suzuki Moto Cross, Dirt Bike, Fair Condition* |

Property will be (check one):
    ☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain   *Debtor will retain collateral and continue to make payments*   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                     ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                           Page 5

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>*Select Portfolio Svcin* | **Describe Property Securing Debt:**<br>*Rental Property:*<br>*676 Seacost Drive Unit B*<br>*Imperial Beach, CA  91932*<br>*1 bedroom, 1 bath, Living Area 436 sqft*<br><br>*Purchase Date: 8/04*<br>*Purchase Amount: $280,000.00* |

Property will be (check one):

■ Surrendered                                      ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                               ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>*-NONE-* | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **February 17, 2010**                    Signature  */s/ Mallory Chad Morgan*
                                                        *Mallory Chad Morgan*
                                                         Debtor

Date  **February 17, 2010**                    Signature  */s/ Erlinda Marie Morgan*
                                                          *Erlinda Marie Morgan*
                                                         Joint Debtor